Without Objection, Motion Granted.

So Ordered.

s/James G. Carr
Senior United States District Judge

January 19, 2016

~~James M. Ashley and Thomas W.L.~~ Ashley U.S. Courthouse
1716 Spielbusch Avenue, Room 403
ATTN: Honorable James R. Knepp, II
Toledo, Ohio 43604-1363

REF: Case against MERRICK

Honorable Judge Knepp-
I'm writing in reference to my case against Merrick Bank. I understand there is a settlement hearing January 22, 2016 at 9:30am in Chambers 318.

I am writing to request a Notice of Dismissal, Without Prejudice, in line with Rule 41 so I may have the right to refile my case within a year time.

This request is made for two reasons. One, I am still unable to vocally communicate due to a throat illness. See attachment of doctor visit. I'm going back to my family doctor on Tuesday the 19th, to request an appointment with an ear, nose and throat specialist for this week, if possible. As I'm not certain it may not be throat cancer.

Second reason is, I'm still in contact with Diana Lipszyc, with the Toledo Bar Association and getting help on bringing an attorney on board for my case. Previous attorney Mandy Jamison messed around for a couple months on reviewing my case and then after $250 for her to look over my case, she decided not to take it due to time restrictions. That was time lost searching out an attorney. In the meantime, I've had vocal problems which have become worse to where I am unable to vocally communicate.

Thank you for your time in this matter.

Sincerely,

Dennis Bowers

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Dennis Bowers | **Visit Date:** | January 15, 2016 |
| **Patient ID:** | | **Provider:** | Bruce A. Bouts, MD |
| **Sex:** | Male | **Location:** | BVMA Office |
| **Birthdate:** | | **Location Address:** | 200 West Pearl Street |
| | | | Findlay, OH 458401332 |
| **Referring Provider:** | Bruce A. Bouts MD | **Location Phone:** | 419-424-0380 |

## Chief Complaint

- no voice

recheck weight

## History Of Present Illness

The patient HOW DOES PATIENT PRESENT nonproductive cough and hoarseness. The symptoms began 1 month ago, were gradual in onset, moderate in intensity and character and have been steadily worsening since onset. This patient has no known contributing comorbid conditions or chronic respiratory conditions. Patient denies headache, pleuritic chest pain, fever, chills, pharyngitis, wheezing, dyspnea, and hemoptysis.

*YES ASI TOLD DOC*

The patient has has used OTC medications only and the OTC meds did not improve the symptoms. He has not been treated by another healthcare provider for this episode of illness. The patient has not noted similar illness in his acquaintances or close contacts.

Separately, losing weight satisfactorily.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Allergies | -- | -- |
| Asthma | -- | -- |
| Coronary Artery disease | -- | s/p LAD 6/2012 |
| DM TYPE II | 04/29/2015 | -- |
| Fibromyalgia | -- | -- |
| Hyperlipidemia | -- | -- |
| Hypertension | -- | -- |
| Morbid Obesity | -- | -- |
| Obstructive Sleep Apnea | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Coronary stent | 2012 | LAD |
| Heart Cath | 11/18/14 | mild CAD EF 60-65% |
| Lumbosacral spine surgery | 2001 | -- |
| Myringotomy | -- | -- |
| Tonsillectomy | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| Adipex-P 37.5 mg oral tablet | 12/15/2015 | take 1 tablet (37.5 mg) by oral route once daily before breakfast |
| Advair Diskus 250-50 mcg/dose inhalation blister with device | 01/06/2015 | INHALE 1 PUFF BY INHALATION ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING APPROXIMATELY 12 HOURS APART |
| aspirin 325 mg oral tablet | 07/03/2013 | take 1 tablet by oral route daily |

[Digital Signature Validated]